1  ANTON HANDAL (Bar No. 113812)
   anh@handal-law.com
2  PAMELA C. CHALK (Bar No. 216411)
   pchalk@handal-law.com
3  GABRIEL HEDRICK (Bar No. 220649)
   ghedrick@handal-law.com
4  HANDAL & ASSOCIATES
   1200 Third Avenue, Suite 1321
5  San Diego, California 92101
   Tel: 619.544.6400
6  Fax: 619.696.0323
   Attorneys for Plaintiff and Counter-Defendant
7  e.Digital Corporation

8  LARRY R. SCHMADEKA (Bar No. 160400)
   lscmadeka@lhlaw.com
9  SOO A. HONG (Bar No. 196432)
   sooh@lhlaw.com
10 LEE, HONG, DEGERMAN, KANG & WAIMEY
   660 South Figueroa Streeet, Suite 2300
11 Los Angeles, CA 90017
   Tel: 213.623.2221
12 Fax: 213.623. 2211
   Attorneys for Defendants and Counterclaimants
13 iriver, Ltd.; iriver, Inc.

14

## UNITED STATES DISTRICT COURT

15

## SOUTHERN DISTRICT OF CALIFORNIA

16 | e.Digital Corporation,

17 |             Plaintiff,

18 |        v.

19 | iriver, Ltd.; iriver, Inc.; and Buy.com Inc.,

20

21 |             Defendants.

22

23 | iriver, Ltd.; iriver, Inc.; and Buy.com Inc.,

24 |             Counterclaimants,

25 |        v.

26 | e.Digital Corporation,

27 |             Counter-Defendant.

28

Case No.   3:12-cv-02800-DMS-WVG

**JOINT MOTION RE: STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**Judge:**
**Hon. Judge Dana M. Sabraw**

**Ctrm: 13A (Annex)**

*HANDAL & ASSOCIATES*
1200 THIRD  AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX:  619.696.0323

*JOINT MOTION RE: DISMISSAL*                    CASE NO. 3:12-CV-02800- DMS-WVG

-1-

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

2  THE SOUTHERN DISTRICT OF CALIFORNIA:

3  Plaintiff and Counter-Defendant e.Digital Corporation ("Plaintiff);

4  Defendants and Counterclaimants iriver, Ltd. and iriver, Inc. (collectively "iriver"

5  or "Defendants) hereby present this joint stipulation and notice of dismissal.

6  Plaintiff and the Defendants are collectively referred to hereafter as "the

7  Parties." The Parties stipulate and provide notice as follows:

8  Plaintiff and iriver have reached an agreement on a settlement of all claims

9  brought in this Action. On the basis of the settlement reached, the parties hereby

10  stipulate and agree as follows:

11  1) Plaintiff hereby voluntarily dismisses all claims brought in this Civil

12  Action against Defendants and Counterclaimants iriver, Ltd. and iriver, Inc. WITH

13  PREJUDICE. All other Defendants have already been dismissed from the case;

14  2) Defendants and Counterclaimants iriver, Ltd and iriver, Inc. hereby

15  voluntarily dismiss all of their counterclaims brought in this Civil Action against

16  Plaintiff and Counter-Defendant e.Digital Corporation WITH PREJUDICE; and,

17  3) Each party shall bear its own costs and attorneys' fees.

18  Thus, it is thereby respectfully requested, in accordance with Federal Rules

19  of Civil procedure 41(a)(1)-(2), that the Court enter an order as follows:

20  1) Plaintiff and Counter-Defendant e.Digital Corporation's claims made

21  it in its Complaint (Docket #1) against iriver, Ltd., iriver, Inc. are dismissed WITH

22  PREJUDICE;

23  2) Defendants and Counterclaimants iriver, Ltd., iriver, Inc.'s

24  counterclaims (Docket #15) are hereby dismissed WITH PREJUDICE; and,

25  3) Each party shall bear its own costs and attorneys' fees.

26  ///

27  ///

28

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*                    CASE NO. 3:12-CV-02800- DMS-WVG

-2-

1  **AGREED AND SO STIPULATED:**

2                                          Respectfully submitted,

3                                          **HANDAL & ASSOCIATES**

4  Dated: May 20, 2013                     By:  /s/Pamela C. Chalk
                                                Anton N. Handal
5                                               Pamela C. Chalk
                                                Gabriel G. Hedrick
6                                               Attorneys for Plaintiff
                                                e.Digital Corporation
7

8

9                                          **LEE, HONG, DEGERMAN, KANG &
                                           WAIMEY**

10 Dated: May 20, 2013

11                                         By:  /s/Soo A. Hong
                                                Larry R. Schmadeka
12                                              Soo A. Hong
                                                Attorneys for Attorneys for Defendants
13                                              iriver, Ltd.; iriver, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*                     CASE NO. 3:12-CV-02800- DMS-WVG

-3-

1

**ATTESTATION OF E-FILED SIGNATURE**

2     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

3 Policies and Procedures Manual, I, Pamela C. Chalk, attest that signatory Soo A.

4 Hong has each read and approved the foregoing and consents to its filing in this

5 action.

6                                 By  /s/Pamela C. Chalk

7                                     Pamela C. Chalk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*                          CASE NO. 3:12-CV-02800- DMS-WVG

1

2

### CERTIFICATE OF SERVICE

3       The undersigned hereby certifies that a true and correct copy of the

4   foregoing document has been served on this date to all counsel of record, if any to

5   date, who are deemed to have consented to electronic service via the Court's

6   CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by

7   electronic mail, facsimile and/or overnight delivery upon their appearance in this

8   matter.

9       I declare under penalty of perjury of the laws of the United States that the

10  foregoing is true and correct.  Executed this 20th day of May, 2013 at San Diego,

11  California.

12

13                              **HANDAL & ASSOCIATES**

14

    Dated:  May 20, 2013          By:  /s/Pamela C. Chalk

15                                     Anton N. Handal
                                       Pamela C. Chalk
16                                     Gabriel G. Hedrick.
                                       Attorneys for Plaintiff
17                                     e.Digital Corporation

18

19

20

21

22

23

24

25

26

27

28

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE: DISMISSAL*                    CASE NO. 3:12-CV-02800- DMS-WVG