## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

e.DIGITAL                v. iriver              No. 12-2800-DMS(WVG)
HON. WILLIAM V. GALLO       CT. DEPUTY J. YAHL    RPTR. _____

The Settlement Disposition Conference set for May 30, 2013 at 8:00 AM is vacated.  Joint Motion for Dismissal received.

DATED:  May 20, 2013

                                        _____
                                        Hon. William V. Gallo
                                        U.S. Magistrate Judge